AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-03462-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the Central District of California
was received by me on *(date)* 06/04/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I mailed this summons and copy of the complaint in this case via USPS Certified Mail with tracking number 70202450000110469306 to the agency as required by Fed. R. Civ. P. 4(i). USPS delvired the summons and complaint, which was signed for by F. de la Rosa, on June 29, 2021.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/23/2021

*Server's signature*
Sasha Novis

Sasha Novis, Staff Attorney
*Printed name and title*

P.O. Box 907
Maywood, CA 90270
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-03462-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the Central District of California
was received by me on *(date)* 06/04/2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed this summons and copy of the complaint in this case via USPS Certified Mail with tracking number 70202450000110469306 to the agency as required by Fed. R. Civ. P. 4(i). USPS delivered the summons, which was signed for by F. de la Rosa, on June 29, 2021.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/23/2021

*Sasha Novis*
*Server's signature*

Sasha Novis, Staff Attorney
*Printed name and title*

P.O. Box 907
Maywood, CA 90270
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 2:21-cv-03462-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security was received by me on *(date)* 06/04/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: I mailed this summons and copy of the complaint in this case via USPS Certified Mail with tracking number 70202450000110474126 to the agency as required by Fed. R. Civ. P. 4(i). USPS delivered the summons and complaint on June 28, 2021.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/23/2021

*Sasha Novis*

*Server's signature*

Sasha Novis, Staff Attorney

*Printed name and title*

P.O. Box 907
Maywood, CA 90270

*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-03462-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* 06/04/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I mailed this summons and copy of the complaint in this case via USPS Certified Mail with tracking number 70202450000110474140 to the agency as required by Fed. R. Civ. P. 4(i). USPS delivered the summons and complaint on July 2, 2021.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/23/2021

*Sasha Novis*
*Server's signature*

Sasha Novis, Staff Attorney
*Printed name and title*

P.O. Box 907
Maywood, CA 90270
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-03462-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement
was received by me on *(date)* 06/04/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: I mailed this summons and copy of the complaint in this case via USPS Certified Mail with tracking number 70202450000110474119 to the agency as required by Fed. R. Civ. P. 4(i). USPS delivered the summons and complaint on July 2, 2021.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/23/2021

*Server's signature*

Sasha Novis, Staff Attorney
*Printed name and title*

P.O. Box 907
Maywood, CA 90270
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-03462-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Citizenship and Immigration Services
was received by me on *(date)* 06/04/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I mailed this summons and copy of the complaint in this case via USPS Certified Mail with tracking number 70202450000110474133 to the agency as required by Fed. R. Civ. P. 4(i). USPS delivered the summons and complaint on 6/30/2021.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/23/2021

*Sasha Novis*
Server's signature

Sasha Novis, Staff Attorney
Printed name and title

P.O. Box 907
Maywood, CA 90270
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset