UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AL OTRO LADO, INC.,<br>Plaintiff,<br>v.<br>IMMIGRATION AND CUSTOMS ENFORCEMENT, *et* al.,<br>Defendants. | No. CV 21-03462 CAS (MAAx)<br><br>[PROPOSED]<br>ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME FOR FEDERAL DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Hon. Christina A. Snyder<br>United States District Judge |

The Court has received and reviewed Defendants' *Ex Parte* Application to Extend Time for Federal Defendants to Answer, Plead or Otherwise Respond to Plaintiff's Complaint. For good cause shown, IT IS HEREBY ORDERED:

The time in which defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security, Office of Civil Rights and Civil Liberties ("CRCL"), U.S. Citizenship and Immigration Services, ("USCIS"), and U.S. Immigration and Customs Enforcement ("ICE") may answer, plead or otherwise respond to the Complaint is extended to and including September 27, 2021.

DATED: ____________________, 2021

______________________________________
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE