UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-3462-CAS(MAAx) | Date | March 28, 2022 |
|---|---|---|---|
| Title | *AL OTRO LADO, INC. v. IMMIGRATION AND CUSTOMS ENFORCEMENT; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy Jong | Paul La Scala |

**Proceedings:**   ZOOM SCHEDULING CONFERENCE

Hearing held by Zoom and counsel are present. The Court confers with counsel as to the parties' Joint Report, as stated on the record. Counsel are ordered to meet and confer regarding stipulating to the dates in this action. Thereafter, submit a Stipulation and Proposed Order to the Court for final approval. It is the Court's preference that the dates be shortened.

|  | 00 : 37 |
|---|---|
| Initials of Preparer | CMJ |