TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
PAUL B. LA SCALA (Cal. Bar No. 186939)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2467
    Facsimile: (213) 894-7819
    E-mail: Paul.LaScala@usdoj.gov

Attorneys for Defendant U.S.
Immigration and Customs Enforcement

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. CV 21-03462-CAS(MAAx)<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:    June 13, 2022<br>Time:    11:00 a.m.<br>Ctrm:    8D<br><br>Hon. Christina A. Snyder<br>United States District Judge |

    Plaintiff Al Otro Lado and defendant U.S. Immigration and Customs Enforcement ("ICE") submit the following statement and stipulation in advance of the scheduling conference set for June 13, 2022, at 11:00 a.m. Dkt. 53.

    On March 9, 2022, the parties filed a Joint Rule 26(f) report in which ICE explained that it was processing an average of 500 pages of documents per month with approximately 7500 pages of documents remaining to be reviewed. Dkt. 50 at 10. Based

on this production schedule, ICE anticipated providing a final response to Plaintiff's FOIA request by May 31, 2023. *Id*. Based on this estimate, the parties proposed the following briefing schedule:

| Action | Date Completed |
|---|---|
| Defendant will file and serve a Motion for Summary Judgment and *Vaughn* Index/Declaration(s)[1] | June 30, 2023 |
| Plaintiff will file any Cross-Motion for Summary Judgment and Opposition to Defendant's Motion | July 28, 2023 |
| Defendant will file a Reply/Opposition | August 25, 2023 |
| Plaintiff will file any Reply | September 15, 2023 |
| Hearing on Cross-Motions | October 16, 2023, at 10:00 a.m. |

*Id*. at 13.

On March 28, 2022, the Court held a scheduling conference and requested that the parties meet and confer regarding stipulating to dates in this action with the Court's preference for an earlier timeline than the one proposed above. Since that time, the parties have met and conferred regarding ICE's application of exemptions resulting in removing certain redactions of originally applied to produced documents. ICE also has been working on expediting the processing of the remaining 7500 pages of documents to be reviewed. ICE processed a total of 3,701 pages between March 28, 2022 and June 6,

---

[1] In FOIA cases, the agency will typically identify the withheld documents and the basis on which they are being withheld by submitting declarations. In addition, where the adequacy of the agency's search is at issue, the agency relies upon declarations. These declarations or affidavits (singly or collectively) are often referred to as a *Vaughn* Index, named after *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977, 94 S. Ct. 1564 (1974). *See also Wiener v. FBI*, 943 F.2d 927, 978, n.6 (9th Cir. 1991), *cert. denied*, 505 U.S. 1212 (1992) ("[w]e refer to these affidavits [of FBI agents and CIA officers] collectively as the *Vaughn* index").

2022. Based on this progress, ICE anticipates that it can complete its production by October 31, 2022, seven months earlier than the completion date previously projected. Based on this estimate, the parties propose that the Court enter the following briefing schedule:

| Action | Date Completed |
|---|---|
| Defendant will file and serve a Motion for Summary Judgment and *Vaughn* Index/Declaration(s) | November 30, 2022 |
| Plaintiff will file any Cross-Motion for Summary Judgment and Opposition to Defendant's Motion | December 30, 2022 |
| Defendant will file a Reply/Opposition | January 30, 2023 |
| Plaintiff will file any Reply | February 15, 2023 |
| Hearing on Cross-Motions | March 13, 2023, at 10:00 a.m. |

The parties agree that there are no damages in a FOIA action. Because the Court has jurisdiction to enjoin the agency from withholding agency records improperly withheld and to order the production of such records, FOIA matters do not lend themselves to traditional settlement conference procedures. The parties request that this action be exempted from the settlement requirements of Local Rule 16. In the event the parties are required to select one of the ADR Procedures specified in Local Rule 16-15.4, the parties request a mediation with a mediator from the Central District mediation panel (ADR Procedure No. 2) with a mediation completion date of April 14, 2023.

The parties do not anticipate a need for expert witnesses or for trial, either by judge or jury, on this matter. The parties submit that this case may be resolved on summary judgment.

The parties are not presently aware of any other issues that would affect the status or management of the case.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 10, 2022 | Respectfully submitted, |
| 3 | | AL OTRO LADO, INC. |
| 4 | | |
| 5 | |   /s/ Jeremy Jong<br>JEREMY JONG* |
| 6 | | |
| 7 | | Attorneys for Plaintiff<br>Al Otro Lado, Inc. |
| 8 | | |
| 9 | Dated: June 10, 2022 | TRACY L. WILKISON<br>United States Attorney<br>DAVID M. HARRIS |
| 10 | | Assistant United States Attorney<br>Chief, Civil Division |
| 11 | | JOANNE S. OSINOFF<br>Assistant United States Attorney |
| 12 | | Chief, General Civil Section |
| 13 | | |
| 14 | |   /s/ Paul B. La Scala<br>PAUL B. LA SCALA |
| 15 | | Assistant United States Attorney |
| 16 | | Attorneys for Defendant<br>U.S. Immigration and Customs Enforcement |
| 17 | | |
| 18 | | |

    *Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing