UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-3462-CAS(MAAx) | Date | June 13, 2022 |
|---|---|---|---|
| Title | AL OTRO LADO, INC. v. IMMIGRATION AND CUSTOMS ENFORCEMENT; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy Jong | Paul La Scala |

**Proceedings:**   ZOOM STATUS CONFERENCE RE: CASE

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. The Court sets the following briefing:

- Defendant's Motion for Summary Judgment shall be filed on or before November 30, 2022;
- Plaintiff's Cross Motion for Summary Judgment and opposition to defendant's Motion for Summary Judgment shall be filed on or before December 30, 2022;
- Defendant's opposition to plaintiff's Motion for Summary Judgment and reply shall be filed on or before January 30, 2023;
- Plaintiff's reply shall be filed on or before February 15, 2023;
- The Cross Motions for Summary Judgment shall be noticed for hearing on March 13, 2023, at 10:00 a.m.; and
- Joint Report shall be filed no later than June 30, 2022.

|  | 00 | : | 12 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |