Jeremy Jong (admitted *pro hac vice*)
Karlyn Kurichety (State Bar No. 313265)
Al Otro Lado, Inc.
P.O. Box 907
Maywood, CA 90270
Telephone: (323) 205-6420
Facsimile: (323) 430-8793
jeremy@alotrolado.org
karlyn@alotrolado.org

Attorneys for Plaintiff Al Otro Lado, Inc.

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
PAUL B. LA SCALA (Cal. Bar No. 186939)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2467
    Facsimile: (213) 894-7819
    E-mail: Paul.LaScala@usdoj.gov

Attorneys for Defendant U.S.
Immigration and Customs Enforcement

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. CV 21-03462-CAS (MAAx)<br><br>**JOINT STATUS REPORT AND STIPULATION TO SET FURTHER STATUS CONFERENCE; SUPPORTING DECLARATION OF PAUL B. LA SCALA**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

Plaintiff Al Otro Lado and defendant U.S. Immigration and Customs Enforcement ("ICE") submit the following status report and, for the reasons set forth herein, jointly stipulate to set a further status conference for June 5, 2023, at 11:00 a.m.

## I.   STATUS UPDATE

By this action, Plaintiff seeks the release of records from ICE under ten separate requests pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* First Amended Complaint ("FAC") (Dkt. 46). On November 17, 2022, the parties filed a status report and stipulation to vacate deadlines and set a further status conference. Dkt. 58. The following day, the Court entered an order vacating the current deadlines and setting a further status conference for February 27, 2023. Dkt. 59.

Since the Court's November 18, 2022 order, and in furtherance of a collaborative effort between the Parties, ICE went back through the entire production of documents (which included over 10,000 pages of documents and several videos), released additional information previously withheld under certain FOIA exemptions, quantified the number of pages processed and how they were treated, and then re-paginated the production so that the parties could work from a clean production set. The purpose of this new production set was to narrow any disputed issues regarding the adequacy of ICE's search for documents and its redaction of information under certain FOIA exemptions so that Plaintiff could provide an exhaustive list of the remaining disputed issues. ICE delivered this clean production set to Plaintiff on December 12, 2022. La Scala Decl. ¶ 2.

By January 14, 2023, Plaintiff had reviewed the new production set and provided a non-exhaustive list of systematic concerns with ICE's productions, and by January 26, 2023, Plaintiff confirmed that it had identified an exhaustive list of issues, but not of examples. La Scala Decl. ¶ 3. On February 13, 2023, ICE responded to Plaintiff's concerns about the adequacy of ICE's search for information, offered to search again in connection with some of Plaintiff's requests, released an additional 78 pages in response to Plaintiff's concerns about the application of certain FOIA exemptions, and produced a Vaughn index. La Scala Decl. ¶ 4.

The parties further met and conferred on February 14, 2023 and submit that they will need additional time to determine what, if any, issues remain in dispute. Moreover, ICE located additional responsive videos, which will take several months to process. ICE also agreed to search again for responsive documents in connection with certain FOIA requests. La Scala Decl. ¶ 5.

## II.      JOINT STIPULATION TO SET FURTHER STATUS CONFERENCE

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their counsel, subject to the Court's approval, that the deadlines established by the Court's November 17, 2022 Order (Dkt. 59) be vacated, that a further status conference be scheduled in approximately ninety (90) days, on June 5, 2023 at 11:00 a.m., and that the parties file a further Status Report by May 26, 2023.

Good cause exists to approve this stipulation based on the following:

(1)     Now that ICE has re-produced the document production, including the release of additional documents as set forth above, the parties are continuing to streamline the remaining disputed issues regarding the adequacy of ICE's search for relevant documents and the appropriateness of ICE's redaction of information from its document production, and the proposed deadlines will allow the parties time to further meet and confer to try to resolve any issues regarding the scope of ICE's search and its redaction of documents;

(2)     If the parties are unable to resolve all of the remaining issues, the proposed deadlines will allow the parties time to:

   (a)     Determine whether a settlement conference with a magistrate judge may further streamline or eliminate the issues to be briefed to the Court and schedule a settlement conference;

   (b)     If necessary, propose a reasonable summary judgment briefing schedule based on the withholdings that remain at issue; and/or

   (c)     Await any further ruling or deadlines from the Court regarding Plaintiff's request for discovery regarding its pattern and practice claim, or bring a

3

discovery motion before the Magistrate Judge.

Based on the foregoing, the parties propose the following schedule:

| EVENT | PROPOSED DATE |
|---|---|
| Status Conference | 6/5/2023 at 11:00 a.m. |
| Status Report due | 5/26/2023 |

WHEREFORE, the parties respectfully submit this Stipulation to the Court for its approval.

Dated:  February 16, 2023			Respectfully submitted,

			AL OTRO LADO, INC.


			 /s/ Jeremy Jong
			JEREMY JONG*

			Attorneys for Plaintiff
			Al Otro Lado, Inc.

Dated:  February 16, 2023			E. MARTIN ESTRADA
			United States Attorney
			DAVID M. HARRIS
			Assistant United States Attorney
			Chief, Civil Division
			JOANNE S. OSINOFF
			Assistant United States Attorney
			Chief, General Civil Section


			 /s/ Paul B. La Scala
			PAUL B. LA SCALA
			Assistant United States Attorney

			Attorneys for Defendant
			U.S. Immigration and Customs Enforcement

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have

authorized the filing.

**DECLARATION OF PAUL B. LA SCALA**

I, PAUL B. LA SCALA, do hereby declare and state as follows:

1. I am the Assistant United States Attorney responsible for representing defendant U.S. Immigration and Customs Enforcement ("ICE") in this action. I make this declaration based upon my personal knowledge and that gained by review of the official files and records of the United States Attorney's Office, and in consultation with counsel and/or FOIA staff for ICE. If called as a witness and placed under oath, I could and would testify competently thereto.

2. Since the Court's November 18, 2022 order, ICE went back through the entire production of documents (which included over 10,000 pages of documents and several videos), released additional information previously withheld under certain FOIA exemptions, quantified the number of pages processed and how they were treated, and then re-paginated the production so that the parties could work from a clean production set. The purpose of this new production set was to narrow any disputed issues regarding the adequacy of ICE's search for documents and its redaction of information under certain FOIA exemptions so that Plaintiff could provide an exhaustive list of the remaining disputed issues. ICE delivered this clean production set to Plaintiff on December 12, 2022.

3. By January 14, 2023, Plaintiff had reviewed the new production set and provided a non-exhaustive list of systematic concerns with ICE's productions, and by January 26, 2023, Plaintiff confirmed that it had identified an exhaustive list of issues, but not of examples.

4. On February 13, 2023, ICE responded to Plaintiff's concerns about the adequacy of ICE's search for information, offered to search again in connection with some of Plaintiff's requests, released an additional 78 pages in response to Plaintiff's concerns about the application of certain FOIA exemptions, and produced a Vaughn index.

5. The parties further met and conferred on February 14, 2023 and submit that they will need additional time to determine what, if any, issues remain in dispute. Moreover, ICE located additional responsive videos, which will take several months to process. ICE also agreed to search again for responsive documents in connection with certain FOIA requests.

Executed under penalty of perjury under the laws of the United States on February 15, 2023, at Los Angeles, California.

                                        */s/ Paul B. La Scala*
                                        PAUL B. LA SCALA