Jeremy Jong (admitted *pro hac vice*)
Karlyn Kurichety (State Bar No. 313265)
Al Otro Lado, Inc.
P.O. Box 907
Maywood, CA 90270
Telephone: (323) 205-6420
Facsimile: (323) 430-8793
jeremy@alotrolado.org
karlyn@alotrolado.org

Attorneys for Plaintiff Al Otro Lado, Inc.

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL B. LA SCALA (Cal. Bar No. 186939)
Assistant United States Attorney
       Federal Building, Suite 7516
       300 North Los Angeles Street
       Los Angeles, California 90012
       Telephone: (213) 894-2467
       Facsimile: (213) 894-7819
       E-mail: Paul.LaScala@usdoj.gov

Attorneys for Defendant U.S.
Immigration and Customs Enforcement

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. CV 21-03462-CAS (MAAx)<br><br>**JOINT STATUS REPORT**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

   Plaintiff Al Otro Lado and defendant U.S. Immigration and Customs Enforcement ("ICE") submit this joint status report in advance of the status conference scheduled for September 11, 2023, at 11:00 a.m.

   By this action, Plaintiff seeks the release of records from ICE under ten separate requests made pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* First Amended Complaint ("FAC") (Dkt. 46). ICE filed an answer to the FAC on October 4, 2021. Dkt. 48. As of October 4, 2021, ICE had processed 1,677 pages of documents and released 1,020 pages of documents in full or part. By March 9, 2022, ICE had processed 3,375 pages of documents and released 1,929 pages in full or part. ICE processed a total of 3,701 pages between March 28, 2022 and June 6, 2022. By November 17, 2022, ICE has processed 10,725 pages of documents and 7 videos.

   On February 21, 2023, the Court ordered the parties to file a joint status report no later than May 26, 2023 and set a status conference for June 5, 2023. Dkt. 61. Since the Court's February 21, 2023 Order, ICE performed additional searches in response to discussions between the Parties regarding FOIA exemptions and searches. As a result of this collaborative effort, ICE has processed an additional almost 2500 pages of documents, 2 Excel spreadsheets, and a video and released nearly 1500 pages of responsive records, 2 Excel spreadsheets, and a video to Plaintiff. Dkt. 63 at 2. On May 26, 2023, in response to the parties' last status report of the same date, the Court ordered the parties to file another status report by August 24, 2023, and scheduled a further status conference for September 11, 2023. Dkt. 64.

   On June 20, 2023, the parties conferred on the status of the production, issues regarding the adequacy of the search and the application of exemptions, and the potential for global resolution. The parties followed up on action items from that conference and conferred again on July 27, 2023. In response to discussions between the parties, ICE conducted supplemental searches in response to two of the FOIA requests and processed an additional 32 pages and 13 videos.

   As of the filing of this report, the parties have completely resolved adequacy-of-

search issues as to all ten FOIA requests, except for open questions on whether text messages and Office of Professional Responsibility investigation file should be searched, which is being investigated.  Regarding the application of exemptions, Plaintiff intends to provide a complete list of exemptions that are being questioned, which is limited to less than 500 pages and possibly a few videos.  ICE is also continuing to process responsive videos—which it contends is a time-consuming and laborious task—and is scheduled to finish processing another video by August 31, 2023.  It is anticipated that it will take several more months to process all remaining responsive videos.

The parties have been unable to reach a resolution on Count Two, regarding Plaintiff's allegations that ICE has pattern and practice of failing to issue timely determinations. On June 28, 2022, the Court entered an order consistent with the parties' proposed briefing schedule and ordered the parties file a Joint Report by June 30, 2022 regarding whether discovery regarding Plaintiff's pattern and practice claim was appropriate. Dkt. 56. On June 30, 2022, the parties filed a joint report arguing their respective positions regarding discovery. Dkt. 57. Although ICE maintains that a pattern and practice claim is not appropriate in this context, Plaintiff now requests that the Court rule on whether discovery regarding Plaintiff's pattern and practice claim is appropriate in this case. Such a ruling may assist the parties in reaching a resolution regarding Count Two.

Dated:  August 24, 2023         Respectfully submitted,

AL OTRO LADO, INC.


 /s/ Jeremy Jong
JEREMY JONG*

Attorneys for Plaintiff
Al Otro Lado, Inc.

Dated:  August 24, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


 /s/ Paul B. La Scala
PAUL B. LA SCALA
Assistant United States Attorney

Attorneys for Defendant
U.S. Immigration and Customs Enforcement

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.