UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:21cv03462-CAS(MAAx)  Date: September 11, 2023

Title  *AL OTRO LADO, INC. v. IMMIGRATION AND CUSTOMS ENFORCEMENT; ET AL.*

Present: The Honorable:  CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy Jong | Paul La Scala |

**Proceedings:** ZOOM FURTHER STATUS CONFERENCE RE: CASE

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record.

00:21

**Initials of Preparer**  CMJ