Jeremy Jong (admitted *pro hac vice*)
Karlyn Kurichety (State Bar No. 313265)
Al Otro Lado, Inc.
P.O. Box 907
Maywood, CA 90270
Telephone: (323) 205-6420
Facsimile: (323) 430-8793
jeremy@alotrolado.org
karlyn@alotrolado.org

Attorneys for Plaintiff Al Otro Lado, Inc.


BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL B. LA SCALA (Cal. Bar No. 186939)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2467
    E-mail: Paul.LaScala@usdoj.gov

Attorneys for Defendant U.S.
Immigration and Customs Enforcement

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 2:21-cv-03462-CAS-MAA<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE ALL DATES SET IN THE CASE**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

    Notice is hereby given that plaintiff Al Otro Lado and defendant U.S. Immigration and Customs Enforcement ("ICE") have agreed to the material terms of a settlement in

the above-entitled action. The parties anticipate filing a Stipulation of Dismissal within the next thirty (30) days. Accordingly, the parties request that all dates currently set in the case be vacated.

Dated: July 31, 2025              Respectfully submitted,

                                                            AL OTRO LADO, INC.

                                                            */s/ Jeremy Jong*
                                                            JEREMY JONG*

                                                            Attorneys for Plaintiff
                                                            Al Otro Lado, Inc.

Dated: July 31, 2025              BILAL A. ESSAYLI
                                                            Acting United States Attorney
                                                            DAVID M. HARRIS
                                                            Assistant United States Attorney
                                                            Chief, Civil Division
                                                            DANIEL BECK
                                                            Assistant United States Attorney
                                                            Chief, Complex and Defensive Litigation Section

                                                            */s/ Paul B. La Scala*
                                                           PAUL B. LA SCALA
                                                           Assistant United States Attorney

                                                           Attorneys for Defendant
                                                           U.S. Immigration and Customs Enforcement

    *Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.